73 A.3d 1260

**Joey JACKSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 98 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 5, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of September, 2013, the Application for Leave to File Original Process, the Petition for Writ of Mandamus and/or Extraordinary Relief, and the "Request for Opinion" **are DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994). The Prothonotary is directed to forward the filings to counsel of record.

73 A.3d 1260

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John HART, Petitioner.**

**No. 106 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 6, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of September, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**